# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D2025-0246
L.T. Case No. 2022-102878-CFDL

———————————————

CALAISI J. GOMES,

   Appellant,

   v.

STATE OF FLORIDA,

   Appellee.

———————————————

3.800 Appeal from the Circuit Court for Volusia County.
A. Kathleen McNeilly, Judge.

Calaise J. Gomes, Lawtey, pro se.

James Uthmeier, Attorney General, Tallahassee, and
Tabitha Mills, Assistant Attorney General, Daytona
Beach, for Appellee.


March 25, 2025

PER CURIAM.

   AFFIRMED.  *See* Fla. R. App. P. 9.315(a).

LAMBERT, SOUD, and BOATWRIGHT, JJ., concur.

————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

————————————————